**UNITED STATES of America,
Plaintiff—Appellee,**

v.

**Jorge PEREZ–COVARRUBIAS, aka
Faliciano Perez, Defendant—
Appellant.**

**No. 01–50057.**

**D.C. No. CR–00–00288–DDP–1.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002.*

Decided Sept. 19, 2002.

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

\* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

536

Before HUG, O'SCANNLAIN, and TASHIMA, Circuit Judges.

## MEMORANDUM **

Jorge Perez–Covarrubias appeals the sentence imposed following his guilty plea to one count of being an illegal alien found in the United States following deportation in violation of 8 U.S.C. § 1326. Perez–Covarrubias' counsel has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that there are no non-frivolous issues to be presented on Perez–Covarrubias' behalf.[1] Perez–Covarrubias did not file a pro se supplemental brief. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses that Perez–Covarrubias knowingly and voluntarily waived his right to appeal the sentence. We therefore GRANT counsel's motion to withdraw and DISMISS the appeal.

**DISMISSED.**

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.

1. This court appointed new counsel after prior counsel, who filed the *Anders* brief, closed her practice. New counsel elected to proceed with the *Anders* brief, and this court construed a letter from new counsel as his own motion to withdraw under *Anders*.